```
LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481


Attorney for Defendant
LEVON VARTANYAN
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | No. CR-S-04-0024LKK |
| Plaintiff, ) | | |
| ) | | **STIPULATION TO CONTINUE** |
| v. ) | | **SENTENCING DATE; ORDER** |
| ) | | |
| LEVON VARTANYAN, ) | | |
| aka Levon Vardanyan, ) | | CURRENT DATE: |
|     Gevorg Grigoryan, ) | | February 28, 2006 at 9:30 am |
|     Gevorg Grigoryan, ) | | PROPOSED DATE: |
| Defendant. ) | | May 31, 2006 at 9:30 am |

Defendant LEVON VARTANYAN by and through his attorney of record, Garo B. Ghazarian, and plaintiff, UNITED STATES OF AMERICA, by and through Assistant United States Attorney Laura Ferris, hereby stipulate as follows:

The sentencing for defendant LEVON VARTANYAN in this matter is currently scheduled for February 28, 2006, at 9:30 a.m.  By this stipulation, the parties jointly move to continue the sentencing date from February 28, 2006 at 9:30 a.m. to May 31, 2006 at 9:30 a.m.

//

        IT IS SO STIPULATED.

                                        Respectfully submitted,

Date: February 17, 2006         /S/Garo Ghazarian
                                GARO B. GHAZARIAN
                                Attorney for Defendant
                                LEVON VARTANYAN


                                McGREGOR W. SCOTT
                                United States Attorney

                                /s/Garo Ghazarian for Laura
Date: February 23, 2006         Ferris - per phone authorization
                                LAURA FERRIS
                                Assistant United States Attorney
                                Attorney for Plaintiff
                                UNITED STATES OF AMERICA


                        **O R D E R**

    IT IS SO FOUND AND ORDERED this 24th day of February 2006 that the sentencing in the matter of United states v. Levon Vartanyan currently scheduled for February 28, 2006 at 9:30 A.M. shall be continued to May 31, 2006 at 9:30 A.M.


                                /s/ Lawrence K. Karlton
                                HONORABLE LAWRENCE K. KARLTON
                                UNITED STATES DISTRICT COURT JUDGE