```
LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481


Attorney for Defendant
LEVON VARTANYAN
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            Plaintiff,   )<br>                            )<br>     v.                     )<br>                            )<br> LEVON VARTANYAN,           )<br> aka Levon Vardanyan,       )<br>     Gevorg Grigoryan,      )<br>     Gevorg Grigoryan,      )<br>            Defendant.      )<br>_____) | No. CR-S-04-0024LKK<br><br>**STIPULATION TO CONTINUE**<br>**SENTENCING DATE; ORDER**<br><br><br>CURRENT DATE:<br>May 31, 2006 at 9:30 am<br>PROPOSED DATE:<br>September 26, 2006 at 9:30 |

Defendant LEVON VARTANYAN by and through his attorney of record, Garo B. Ghazarian, and plaintiff, UNITED STATES OF AMERICA, by and through Assistant United States Attorney Matthew Segal, hereby stipulate as follows:

The sentencing for defendant LEVON VARTANYAN in this matter is currently scheduled for May 31, 2006, at 9:30 a.m. By this stipulation, the parties jointly move to continue the sentencing date from May 31, 2006 at 9:30 a.m. to September 26, 2006 at 9:30 a.m.

```
 1        Counsel has discussed this continuance with his client,
 2   defendant LEVON VARTANYAN, and the defendant concurs with the
 3   requested continuance.
 4
 5        IT IS SO STIPULATED.
 6                                  Respectfully submitted,
 7
 8   Date: May 24, 2006              /S/Garo Ghazarian
                                    GARO B. GHAZARIAN
 9                                  Attorney for Defendant
                                    LEVON VARTANYAN
10
11
12                                  McGREGOR W. SCOTT
                                    United States Attorney
13
                                    /s/Garo Ghazarian for Matthew
14   Date: May 24, 2006              Segal - per phone authorization
                                    Matthew Segal
15                                  Assistant United States Attorney
                                    Attorney for Plaintiff
16                                  UNITED STATES OF AMERICA
17
18
19
20              O R D E R
21
22        IT IS SO FOUND AND ORDERED this 25$^{th}$ day of May 2006 that
23   the sentencing in the matter of United states v. Levon
24   Vartanyan currently scheduled for May 31, 2006 at 9:30 A.M.
     shall be continued to September 26, 2006 at 9:30 A.M.
25
26
                                     /s/Lawrence K. Karlton
27
                                    HONORABLE LAWRENCE K. KARLTON
28                                  UNITED STATES DISTRICT COURT JUDGE
```