UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                        CR. NO. S-04-24 LKK

LEVON VARTANYAN; and
HOVANNES SHISHIYAN,

        Defendants.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                        CR. NO. S-06-248 WBS

AYKAZN OVESPYAN,          <u>RELATED CASE ORDER</u>

        Defendant.
_____/

    Examination of the above-entitled criminal actions reveals that the two (2) actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997). The actions arise out of the same transaction or series of transactions, involve some of the same

1  defendants, and would therefore entail a substantial duplication
2  of labor if heard by different judges.  Accordingly, the assignment
3  of the matters to the same judge is likely to effect a substantial
4  savings of judicial effort and is also likely to be convenient for
5  the parties.
6      The parties should be aware that relating the cases under
7  Local Rules 83-123 merely has the result that both actions are
8  assigned to the same judge; no consolidation of the actions is
9  effected.  Under the regular practice of this court, related cases
10 are generally assigned to the judge to whom the first filed action
11 was assigned.
12     IT IS THEREFORE ORDERED that the action denominated CR. NO.
13 S-06-248 WBS be, and the same hereby is, reassigned to Judge
14 Lawrence K. Karlton for all further proceedings.  Henceforth the
15 caption on all documents filed in the reassigned case shall be
16 shown as CR. NO. S-06-248 LKK.
17     IT IS FURTHER ORDERED that the Clerk of the Court make
18 appropriate adjustment in the assignment of criminal cases to
19 compensate for this reassignment.
20     DATED:  July 5, 2006.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2