```
LAW OFFICE OF
GARO B. GHAZARIAN
State Bar No. 152790
15915 Ventura Blvd., Suite 203
Encino, California 91436
Tel: (818)905-6484
Fax: (818)905-6481


Attorney for Defendant
LEVON VARTANYAN
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                  Plaintiff,  )<br>                              )<br>      v.                      )<br>                              )<br> LEVON VARTANYAN,              )<br> aka Levon Vardanyan,          )<br>     Gevorg Grigoryan,         )<br>     Gevorg Grigoryan,         )<br>                  Defendant.   )<br> _____ ) | No. CR-S-04-0024LKK<br><br>**STIPULATION TO CONTINUE**<br>**SENTENCING DATE; ORDER**<br><br>CURRENT DATE:<br>September 26 2006 at 9:30 am<br>PROPOSED DATE:<br>December 12, 2006 at 9:30 am |

Defendant LEVON VARTANYAN by and through his attorney of record, Garo B. Ghazarian, and plaintiff, UNITED STATES OF AMERICA, by and through Assistant United States Attorney Matthew Segal, hereby stipulate as follows:

The sentencing for defendant LEVON VARTANYAN in this matter is currently scheduled for September 26, 2006, at 9:30 a.m.  By this stipulation, the parties jointly move to continue the sentencing date from September 26, 2006 at 9:30 a.m. to December 12, 2006 at 9:30 a.m.

Counsel has discussed this continuance with his client, defendant LEVON VARTANYAN, and the defendant concurs with the requested continuance.

IT IS SO STIPULATED.

Respectfully submitted,

Date: September 22, 2006        /S/Garo Ghazarian
                                GARO B. GHAZARIAN
                                Attorney for Defendant
                                LEVON VARTANYAN


                                McGREGOR W. SCOTT
                                United States Attorney

                                /s/Garo Ghazarian for Matthew
Date: September 22, 2006        Segal - E-mail authorization
                                Matthew Segal
                                Assistant United States Attorney
                                Attorney for Plaintiff
                                UNITED STATES OF AMERICA

**O R D E R**

IT IS SO FOUND AND ORDERED this 25th day of September 2006 that the sentencing in the matter of <u>United states v. Levon Vartanyan</u> currently scheduled for September 22, 2006 at 9:30 A.M. shall be continued to December 12, 2006 at 9:30 A.M.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT